UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **N.C.N., LLC,** § | |
| § | |
| plaintiff, § | |
| § | |
| v. § | |
| § | Case 4:22-cv-03354 |
| **WILMINGTON SAVINGS FUND** § | |
| **SOCIETY, FSB and FINANCE OF** § | |
| **AMERICA STRUCTURED SECURTIES** § | |
| **ACQUISION TRUST 2019-HB1,** § | |
| § | |
| defendants. § | |

## NOTICE OF NO RESPONSE TO WILMINGTON'S DISMISSAL MOTION

In addition to the grounds stated in Wilmington Savings Fund Society, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1's (**Wilmington**), incorrectly sued as Wilmington Savings Fund Society, FSB and Finance of America Structured Securties[*sic*] Acquision[*sic*] Trust 2019-HB1, dismissal motion (dkt. 5), the court may also assume NCN, LLC does not oppose dismissal because it has not filed any opposition to it.

1.  Wilmington moved for judgment on NCN's pleadings on October 12, 2022.

2.  NCN's response was due November 2, 2022.  LR 7.4 (A).

3.  NCN has not filed a response.

4.  "Failure to respond to a motion will be taken as a representation of no opposition." LR 7.4.

5.  Shellpoint requests the court grant its dismissal motion with prejudice pursuant to the reasons detailed in the motion and as unopposed pursuant to local rule 7.4.

Date: November 4, 2022 Respectfully submitted,

   */s/ Michael J. McKleroy*
Michael J. McKleroy
SBN: 24000095, FBN: 576095
michael.mckleroy@akerman.com
 --*Attorney in Charge*
 C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
Bryan T. Brown
SBN: 24055219, FBN: 946689
bryan.brown@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR DEFENDANT WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as trustee for Finance of America Structured Securities Acquisition Trust 2019-HB1**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on November 4, 2022 as follows:

NCN, LLC
c/o Cameron Namazi
1246 Lorraine Street, Suite A
Houston, Texas 77009
*Pro se plaintiff*
**VIA CERTIFIED MAIL RECEIPT NO. 9414 7266 9904 2195 7010 95 AND FIRST-CLASS U.S. MAIL**

   */s/ Bryan T. Brown*
Bryan T. Brown